

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR RENEWED AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING CELLULAR TELEPHONE ASSIGNED MOBILE DIRECTORY NUMBER (MDN) (559) 970-7914 | 1:13 SW-00126 BAM<br>**UNDER SEAL**<br>SEALING ORDER |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant, application, affidavit, and order re: renewed authorization to obtain location data in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Karen Escobar, under seal, and good cause appearing therefore,

IT IS HEREBY ORDERED that the search warrant, application, affidavit, order re: authorization to obtain location data, in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points

//
//

1

1  and Authorities and Declaration of Karen A. Escobar, shall be filed
2  with the Court under seal and shall not be disclosed pending further
3  order of this court.

4  DATED: 5/20/13

                                BARBARA A. McAULIFFE
                                U.S. MAGISTRATE JUDGE